**Order entered November 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00793-CV
No. 05-18-01329-CV

## IN THE INTEREST OF D.D., JR., A CHILD
## AND
## IN THE INTEREST OF R.P., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-17-10679 & DF-15-22359**

## ORDER

Appellant timely provided notice of her intent to appeal the judgments in both trial court cause numbers listed above in a June 4, 2018 letter from her to the trial court that appears on pages 121–125 of the appellate clerk's record in case number 05-18-00793-CV in this Court. Currently, appellant's appeal in trial court cause number DF-17-10679, *In the Interest of D.D., Jr., a Child*, has been docketed as case number 05-18-00793-CV in this Court. The parties' appellate briefs on the merits in that case address both judgments. However, the appeal in trial court cause number DF-15-22359, *In the Interest of R.P., a Child*, has not yet been docketed in this Court.

We **DIRECT** the Clerk of this Court to docket the appeal of trial court cause number DF-15-22359 and assign appellate case number 05-18-01329-CV to that appeal. Additionally, we

**DIRECT** the Clerk of this Court to place copies of the following documents from appellate case number 05-18-00793-CV into case number 05-18-01329-CV: (1) the clerk's record, (2) the reporter's record, (3) all supplemental clerk's records, and (4) the appellate briefs of appellant and appellee.

We **ORDER** that any further filings in appellate case numbers 05-18-00793-CV and 05-18-01329-CV shall contain both appellate case numbers.

/s/      DOUGLAS S. LANG
         PRESIDING JUSTICE